# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

### SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**
V.
**JAMES MASON, JR.**

CASE NUMBER: **3:10MJ249**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place: UNITED STATES DISTRICT COURT<br>United States Courthouse<br>701 E Broad Street<br>Richmond, Virginia 23219 | COURTROOM:<br>5300<br>Judge Lauck |
|---|---|
| | DATE AND TIME<br>**June 30, 2010**<br>**Plea Agreement : 11:30 A.M. and Bond Hearing** |

To answer a(n)
( ) Indictment  ( ) Complaint  **(X) Criminal Information**  ( ) Probation Violation Petition
( ) Supervised Release Violation Petition  ( ) Violation Notice

Charging you with a violation of Title 18; United States Code, Section(s) 1030(a)(6)
Brief description of offense: Fraud in Connection with Computers

**IMMEDIATELY UPON RECEIPT OF THIS SUMMONS, YOU ARE REQUIRED TO CONTACT:**
United States Probation Office
Pretrial Services Division
(804) 916-2500

_[Signature]_
Signature of Issuing Officer

Date: June 15, 2010

Wendy Tuck, Deputy Clerk
Name and Title of Issuing Officer

# RETURN OF SERVICE

| Service of the Summons was made to me: | Date: 6-23-10 |
|---|---|
| Name of Server: Kevin Trevillan | Title: CI DUSA |

Check one box below to indicate appropriate method of service

(✓) Served personally upon the Defendant. Place where served: Per Det Served on ATTY Charles Lewis AT Courthouse

( ) Left summons at the defendant's dwelling house or usual place of abode with a person of Suitable age and discretion then residing therein and mailed a copy of the summons to the Defendant's last known address. Name of person with whom the summons was left: _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 45 | TOTAL 45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

Executed on 6/23/10
Date

Signature of Server

Richmond VA
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.