PROB 35  
(Mod.ED/VA-Rev. 05/05)

**Report and Order Terminating Probation Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.

Crim. No. 3:10MJ00249-001

James Mason, Jr.

On October 5, 2010, the above-named defendant was placed on probation for a period of five (5) years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

Mekella S. Dunlap  
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this 14th day of December, 2011.

/s/  
M. Hannah Lauck  
United States Magistrate Judge

The Honorable M. Hannah Lauck  
U.S. Magistrate Judge

TO CLERK'S OFFICE